CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAR 0 1 2007

JOHN F CORCORAN, CLERK
BY: /s/ K. Dotson
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) Case No. 5-06-cr-00029-11 <br> ) <br> v. ) **ORDER** <br> ) <br> **JENNIFER TUMBLIN,** ) By: Glen E. Conrad <br> ) United States District Judge <br> Defendant. ) |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: February 28, 2007

/s/ Glen E. Conrad
United States District Judge